Francis J. Burke, Jr. (010570) fburke@steptoe.com
Stacey F. Gottlieb (015084) sgottlieb@steptoe.com
Mark D. Newman (021952) mnewman@steptoe.com
**STEPTOE & JOHNSON LLP**
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299
Attorneys for Western Union Financial Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| WESTERN UNION FINANCIAL SERVICES, INC. dba WESTERN UNION,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY GODDARD, in his Official Capacity as Attorney General of the State of Arizona, and his successors,<br><br>Defendant. | ) | No. CV 06-02249<br><br>**NOTICE OF FILING SUPPLEMENTAL DECLARATION IN SUPPORT OF APPLICATION FOR RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |

Notice is hereby given that Western Union Financial Services, Inc. dba Western Union, has filed a Supplemental Declaration in Support of Motion for Preliminary Injunction and Application for Temporary Restraining Order.

DATED this 20th day of September, 2006.

STEPTOE & JOHNSON LLP

/s/ FRANCIS J. BURKE, JR.
Francis J. Burke, Jr.
Stacey F. Gottlieb
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382

Attorneys for Western Union Financial Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20th, 2006. I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

/s/ Jackie Lynn Bell
Jackie Lynn Bell, Legal Secretary