# DECLARATION OF BLAINE NEWBY

I, Blaine Newby, declare as follows:

1. I am the Vice President, Agent Compliance Support, of Western Union Financial Services, Inc. ("Western Union") and have held that position since April 2006. Before that, I as the Director of Agent Compliance Support for Western Union from April 2005 to April 2006. In that capacity, I have knowledge with respect to Western Union Financial Services, Inc.'s ("Western Union") business operations, including but not limited the volume of money transfer transactions between the United States and Mexico.

2. It is my understanding that the Arizona Attorney General has targeted certain money transactions from the following states for seizure: Alabama, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Illinois, Indiana, Kentucky, Massachusetts, Maryland, Michigan, Minnesota, North Carolina, New Jersey, Nevada, New York, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Virginia, Washington and Wisconsin. All of these states, excluding Arizona, are hereafter collectively referred to as the "Targeted States."

3. I have personal knowledge of the volumes of Western Union money transfer sent from the Targeted States as reflected in Exhibit 1 attached hereto.

   a. For the period of August 20, 2006 to September 18, 2006, there were approximately 6.3 million money transfers sent from the Targeted States. Exhibit 1, Columns A and B.

   b. For the period of August 20, 2006 to September 18, 2006, there were approximately 733,000 money transfers sent from the Targeted States to the country of Mexico. Exhibit 1, Columns A and C.

   c. For the period of August 20, 2006 to September 18, 2006, there were approximately 16,000 money transfers sent from the Targeted States to the state of Sonora, Mexico. Exhibit 1, Columns A and D.

Doc. #507870 v.1 [86348.0029]

1    4.    I also have personal knowledge of the volumes of Western Union money transfer sent from the Targeted States for the prior 30-day period, as follows:

   a.    For the period of July 21, 2006 to August 19, 2006, there were approximately 6.6 million money transfers sent from the Targeted States.

   b.    For the period of July 21, 2006 to August 19, 2006, there were approximately 775,000 money transfers sent from the Targeted States to the country of Mexico.

   c.    For the period of July 21, 2006 to August 19, 2006, there were approximately 17,000 money transfers sent from the Targeted States to the state of Sonora, Mexico.

5.    The data reflected above does not include Giro Telegraphico transactions.

6.    The information provided in this Declaration is true to my personal knowledge. If called as a witness at trial, I would testify competently thereto.

7.    I am authorized to make this Declaration on behalf of Western Union.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th Day of September, 2006.

_____
BLAINE NEWBY