**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Western Union Financial Services, Inc., ) | No. CIV 06-2249-PHX-SMM |
| ) Plaintiff, ) | **ORDER** |
| ) v. ) | |
| ) Terry Goddard, ) | |
| ) Defendant. ) ) | |

Pending before the Court is the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead and to Respond to Motion for Preliminary Injunction. [Doc. No. 18] Good cause appearing,

**IT IS ORDERED** that the Stipulation to Extension of Time to Answer, Move or Otherwise Plead and to Respond to Motion for Preliminary Injunction [Doc. No. 18] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant must file an answer to Plaintiff's Complaint by **November 10, 2006** and Defendant must file its response to Plaintiff's Motion for Preliminary Injunction by **November 6, 2006.**

DATED this 4th day of October, 2006.

Stephen M. McNamee
United States District Judge

Dockets.Justia.com