**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Western Union Financial Services, Inc., ) | No. CIV 06-2249 -PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) |  |
| Terry Goddard, ) |  |
| Defendant. ) |  |

     Pending before the Court is the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead and to Respond to Motion for Preliminary Injunction. [Doc. No. 29] Good cause appearing,

     **IT IS HEREBY ORDERED** the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead and to Respond to Motion for Preliminary Injunction [Doc. No. 29] is **GRANTED**. Defendants shall have through **January 8, 2007** to answer, move or otherwise plead and through **January 15, 2007** to file a response to Plaintiff's Motion for Preliminary Injunction.

     DATED this 7th day of December, 2006.

Stephen M. McNamee
United States District Judge