**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Western Union Financial Services, Inc., | No. CIV 06-2249 -PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Terry Goddard, Attorney General of Arizona, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead and to Respond to Motion for Preliminary Injunction. [Doc. No. 36] Good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead and to Respond to Motion for Preliminary Injunction [Doc. No. 36] is **GRANTED**. Defendants shall have through **March 9, 2007** to answer, move or otherwise plead and through **March 16, 2007** to file a response to Plaintiff's Motion for Preliminary Injunction.

DATED this 12th day of February, 2007.

Stephen M. McNamee
United States District Judge