**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Western Union Financial Services, Inc., ) | No. CIV 06-2249 -PHX-SMM |
| ) Plaintiff, ) | **ORDER** |
| ) v. ) | |
| ) Terry Goddard, Attorney General of ) Arizona, ) | |
| ) Defendant. ) ) | |

Pending before the Court is the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead and to Respond to Motion for Preliminary Injunction. [Doc. No. 43]  Good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead and to Respond to Motion for Preliminary Injunction [Doc. No. 43] is **GRANTED**.  Defendants shall have through **August 24, 2007** to answer, move or otherwise plead and through **August 31, 2007** to file a response to Plaintiff's Motion for Preliminary Injunction.

DATED this 18th day of June, 2007.

Stephen M. McNamee
United States District Judge