**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Western Union Financial Services, Inc.) dba Western Union,<br>)<br>Plaintiffs,                               )<br>)<br>v.                                                    )<br>)<br>)<br>Terry Goddard, Attorney General of the) State of Arizona, and his successors,    )<br>)<br>Defendants.                            )<br>) | No. CV-06-2249 -PHX-SMM<br><br>**ORDER** |

Plaintiff, in addition to filing its complaint, motioned the Court for temporary and permanent injunctive relief. The Court denied the motion for temporary injunctive relief, in part, due to parallel proceedings in Arizona state court raising the same or similar issues. As the parallel proceedings wend their way through state court, Defendants, with Plaintiff's agreement, have filed numerous extensions to file their Answer and response to the motion for injunctive relief.

The state court decisions may affect the proceedings in this case. Additionally, the underlying facts may be affected due to the passage of time and other circumstances. Therefore,

**IT IS ORDERED** denying without prejudice Plaintiff's motion for preliminary injunctive relief.

//

1    **IT IS FURTHER ORDERED** that Plaintiff may notice or file an amended motion
2 for permanent injunctive relief at such time as the state court litigation concludes, or at such
3 time as it deems necessary to pursue its position in this litigation.
4    DATED this 24th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge