**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Western Union Financial Services, Inc., ) | No. CIV 06-2249 -PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Terry Goddard, Attorney General of ) Arizona, ) | |
| Defendant. ) | |

Pending before the Court is the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead [Doc. No. 49]. Good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead [Doc. No. 49] is **GRANTED**. Defendants shall have through **November 26, 2007** to answer, move or otherwise plead to the Complaint in this action..

DATED this 29th day of October, 2007.

Stephen M. McNamee
United States District Judge