**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Western Union Financial Services, Inc., | No. CIV 06-2249-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Terry Goddard, Attorney General of Arizona, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation for Extension of Time to Answer, Move or Otherwise Plead (Dkt. 59). Good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Dkt. 59) is **GRANTED**. Defendants shall have through **May 5, 2008** to answer, move or otherwise plead to the Complaint in this action.

DATED this 4th day of April, 2008.

Stephen M. McNamee
United States District Judge