**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Western Union Financial Services, Inc., ) | No. CIV 06-2249 -PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) |  |
| Terry Goddard, Attorney General of Arizona, ) |  |
| Defendant. ) |  |

Pending before the Court is the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Dkt. 71). Good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Dkt. 71) is **GRANTED**. Defendants shall have through **October 8, 2008** to answer, move or otherwise plead to the Complaint in this action..

DATED this 8th day of September, 2008.

Stephen M. McNamee
United States District Judge