TERRY GODDARD
Attorney General
Firm Bar No. 14000
CAMERON H. HOLMES #004983
Senior Litigation Counsel
STEPHEN C. LEPLEY #013930
Chief Counsel, Financial Remedies Section
CHARLES R. JOHNSON #006366
Assistant Attorney General
Financial Remedies Section
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8492
Fax: (602) 542-7975
Attorneys for the STATE

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| WESTERN UNION FINANCIAL SERVICES, INC. dba WESTERN UNION,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY GODDARD, in his Official Capacity as Attorney General of the State of Arizona, and his successors,<br><br>Defendant. | No: CV06-2249-PHX-SMM<br><br>**STIPULATION TO EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**<br><br>**(Twenty-Third Request)** |

The State of Arizona *ex rel.* Terry Goddard, Attorney General, Defendant, and Western Union Financial Services, Inc., (Western Union), Plaintiff, by their respective undersigned counsel, hereby stipulate that the time to answer, move, or otherwise plead to the Complaint in this action, currently January 8, 2009, should be enlarged for a period of 30 days in light of the Arizona Supreme Court having scheduled oral argument on January 13 upon the Petition for Review filed by Western Union from the Arizona Court of Appeals decision issued July 1, 2008

in *State v. Western Union*, 1 CA-CV 07-0178, __ P.3d __, 2008 WL 2583853, 533 Ariz. Adv. Rep. 7 (Ariz.App. Div. 1), *petition for review granted,* CV-08-0241-PR, vacating the ruling of the Honorable Kenneth L. Fields entered on January 9, 2007 in state court proceedings in Arizona Superior Court, Maricopa County, Case No. SW2006-002213.  That case is now assigned to the Honorable Gary E. Donahoe, who has taken over the retired Judge Fields' docket.  The subject of that proceeding is the subject of this proceeding.  Therefore, the parties request the Court to enter the Agreed Order lodged herewith, which extends the Defendant's time to answer, move, or otherwise plead for a time period of 30 days, to February 9, 2009.

RESPECTFULLY SUBMITTED this 7th day of January, 2009.

AGREED:

/s/ Karl Tilleman
Francis J. Burke, Jr
Karl Tilleman
Douglas Janicik
Steptoe & Johnson
201 East Washington Street, Suite 1600
Phoenix, AZ  85004-2382
(Attorneys for Western Union Financial Services, Inc.)

TERRY GODDARD
Attorney General
/s/ Charles R. Johnson
Charles R. Johnson
Assistant Attorney General
Attorneys for the Defendant

/s/ Cameron H. Holmes
Cameron H. Holmes
Senior Litigation Counsel
Financial Remedies Section
Attorney General's Office
1275 W. Washington St
Phoenix, AZ  85007-2997
(Attorney for the Defendant)