**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Western Union Financial Services, Inc., ) | No. CIV 06-2249 -PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) |  |
| Terry Goddard, Attorney General of Arizona, ) |  |
| Defendant. ) |  |

Pending before the Court is the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Doc. 82). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Doc. 82). Defendants shall have through **March 11, 2009** to answer, move or otherwise plead to the Complaint in this action.

**IT IS FURTHER ORDERED DENYING** the parties Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Doc. 81) as **MOOT.**

DATED this 6th day of February, 2009.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge