**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Western Union Financial Services, Inc., | No. CIV 06-2249 -PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Terry Goddard, Attorney General of Arizona, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Doc. 85). This Stipulation requests that the time for Defendants, to answer, move, or otherwise plead be extended to April 10, 2009. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Doc. 85). Defendants shall have through **April 10, 2009** to answer, move or otherwise plead to the Complaint in this action.

**IT IS FURTHER ORDERED DENYING** the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Doc. 84) as **MOOT**.

DATED this 10th day of March, 2009.

Stephen M. McNamee
United States District Judge