**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Western Union Financial Services, Inc., ) | No. CIV 06-2249 -PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Terry Goddard, Attorney General of Arizona, ) | |
| Defendant. ) | |

Pending before the Court is the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Doc. 87). This Stipulation requests that the time for Defendants, to answer, move, or otherwise plead be extended to May 11, 2009. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Doc. 87). Defendants shall have through **May 11, 2009** to answer, move or otherwise plead to the Complaint in this action.

DATED this 8th day of April, 2009.

Stephen M. McNamee
United States District Judge