**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Western Union Financial Services, Inc., ) | No. CIV 06-2249 -PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Terry Goddard, Attorney General ) of Arizona, ) | |
| Defendant. ) | |

Pending before the Court is the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Doc. 100). This Stipulation requests that the time for Defendants, to answer, move, or otherwise plead be extended to November 9, 2009. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Doc. 100). Defendants shall have through **November 9, 2009** to answer, move or otherwise plead to the Complaint in this action.

DATED this 7th day of October, 2009.

*(signature)*
Stephen M. McNamee
United States District Judge