**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Western Union Financial Services, Inc., </br></br>    Plaintiff, </br></br> v. </br></br> Terry Goddard, Attorney General </br> of Arizona, </br></br>    Defendant. | No. CIV 06-2249 -PHX-SMM </br></br> **ORDER** |

Pending before the Court is the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Doc. 102). This Stipulation requests that the time for Defendants, to answer, move, or otherwise plead be extended to December 9, 2009. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extension of Time to Answer, Move or Otherwise Plead (Doc. 102). Defendants shall have through **December 9, 2009** to answer, move or otherwise plead to the Complaint in this action.

DATED this 9th day of November, 2009.

_____
Stephen M. McNamee
United States District Judge