**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Western Union Financial Services, Inc., | ) | No. CIV 06-2249 -PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| Terry Goddard, Attorney General of Arizona, | ) ) ) | |
| Defendant. | ) ) ) | |

    The parties have agreed to settle this case and have stipulated to dismiss it. The Honorable Timothy Ryan, Arizona Superior Court Judge, Maricopa County, approved the parties' settlement on February 24, 2010 in <u>State of Arizona v. Western Union Financial Services, Inc.</u>, CV2010-005807. Based on the parties' Stipulation to Order of Dismissal (Doc. 110), and good cause appearing for dismissal of this case,

    **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, except that this Order of Dismissal shall not prejudice any rights Plaintiff may have to challenge any Geographic Targeting Orders issued after December 7, 2006 or any seizure warrant issued after the date on which this Court dismisses this case.

    DATED this 10th day of March, 2010.

_____
Stephen M. McNamee
United States District Judge